REVA S. HILLIGAS, an Infant, by HAROLD A. SPENCER, Her Guardian ad Litem, Appellant, v. FREDERICK HILLIGAS and Another, Respondents.— Appeal dismissed, unless appellant shall file and serve the printed records on appeal by

March twenty-second, printed briefs by March twenty-fifth, and pay ten dollars costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.